# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

United States of America
v.
Thomas Christopher Ross
[DOB: 11/09/1989]

*Defendant(s)*

Case No. 26-mj-2084DPR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 31, 2026 - August 4, 2026 in the county of Jasper in the Western District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846 | Conspiracy to Distribute a Schedule I or II Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brandon J. Bernhardt.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Brandon J. Bernhardt, FBI Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: September 2, 2026

[signature]
*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, United States Magistrate Judge
*Printed name and title*