# ATTACHMENT A

**CHARGE:**

Beginning on an unknown date, but at least as early as May 31, 2026, and continuing to on or about August 4, 2026, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendant, **THOMAS CHRISTOPHER ROSS**, conspired and agreed with others, known and unknown, to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of amphetamine ("Adderall"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

**RANGE OF PUNISHMENT:**

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846
NMT 20 Years Imprisonment
NMT $1,000,000 Fine
NLT 3 Years Supervised Release
Class C Felony

$100 Special Assessment